UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>    Plaintiff,<br><br>    v.<br><br>GUADALUPE YAQUIN GARCIA ZOSA, *et al.*,<br><br>    Defendants. | Case No. 1:18-cv-00956-DAD-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE<br><br>(ECF Nos. 9, 10) |

Plaintiff, Jose Trujillo, and Defendants, Guadalupe Yaquin Garcia Zosa and Abraham Torres, have filed a stipulation to dismiss the entire action without prejudice (ECF Nos. 9, 10). In light of the stipulation, the case has ended and is dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Pursuant to the stipulation and the authority of *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381-82 (1994), the Court will retain jurisdiction to enforce the terms of the Stipulated Judgment, attached to the stipulation as Exhibit A. (ECF No. 10-1.)

The Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: **October 17, 2018**        /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE