# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>    Plaintiff,<br><br>    v.<br><br>GUADALUPE YAQUIN GARCIA ZOSA, *et al.*,<br><br>    Defendants. | Case No. 1:18-cv-00956-DAD-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(ECF No. 12) |

    Plaintiff, Jose Trujillo, and Defendants, Guadalupe Yaquin Garcia Zosa and Abraham Torres, also known as Faustino Abe Torres-Zeta, doing business as La Guadalupana Meat Market, have filed a stipulation to dismiss the entire action with prejudice (ECF No. 12).

    The parties previously stipulated to dismissal of this entire action without prejudice (ECF Nos. 9, 10) and, pursuant to those stipulations, the case was automatically dismissed without prejudice and closed. (ECF No. 11.) In light of this new stipulation (ECF No. 12), the case remains closed but is now dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

IT IS SO ORDERED.

Dated: **June 24, 2019**        /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE